IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN -5 P 2: 50

CLERK _L. LaVictoire_
SO. DIST. OF GA.

JOHNNIE LEONARD ODUM,

  Plaintiff,

v.

BULLOCH COUNTY and BULLOCH
COUNTY PUBLIC DEFENDER'S
OFFICE,

  Defendants.

CIVIL ACTION NO.: CV606-108

## ORDER

Plaintiff's "Motion and Objection" to waive the payment of the filing fee is **DENIED**.

**SO ORDERED**, this 5th day of January, 2007.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)