FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 FEB -6 PM 2:55

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOHNNIE LEONARD ODUM,

    Plaintiff,

v.

BULLOCH COUNTY and BULLOCH
COUNTY PUBLIC DEFENDER'S
OFFICE,

    Defendants.

CIVIL ACTION NO.: CV606-108

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff discusses the merits of his case. Plaintiff states he is not trying to avoid paying the applicable filing fee, as he is trying to have a family member pay the fee on his behalf.

Plaintiff's Objections do not address the Magistrate Judge's Report and Recommendation and are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(g). If Plaintiff wishes to proceed with this action,

AO 72A
(Rev. 8/82)

he must pay the full $350.00 filing fee and resubmit his Complaint. The Clerk of Court is authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED, this __6__ day of __Feb.__, 2007.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)